1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  MOLLY A. FRIEND (CABN CABN 289677)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7177
6       FAX: (415) 436-7234
        molly.friend@usdoj.gov
7
   Attorneys for Defendants
8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN FRANCISCO DIVISION
11

12 KIRATPAL SINGH,

                    Plaintiff,                    Case No. 3:25-cv-04899 WHO
13
        v.                                        **STIPULATION TO PROPOSED BRIEFING
14                                                SCHEDULE FOR DEFENDANTS' MOTION
   UNITED STATES DEPARTMENT OF                    TO DISMISS; [PROPOSED] ORDER**
15 HOMELAND SECURITY, *et al*.,

16                  Defendants.

17

18      Pursuant to Civil Local Rules 6-2 and 7-12, the Parties to the above referenced action hereby

19 stipulate to continue the briefing schedule on Defendants' Motion to Dismiss. Defendants filed their

20 motion to dismiss on December 12, 2025. Dkt. 62. Due to several other impending deadlines, Plaintiff's

21 counsel were unable to file the opposition to Defendants' motion by December 26, 2025. The parties

22 conferred and agree to the following proposed schedule:

23      1.   Plaintiff will file his opposition to Defendants' motion by January 9, 2026.

24      2.   Defendants will file their reply by January 16, 2026.

25      3.   The parties will notice a hearing on Defendants' motion to dismiss for January 21, 2026,

26 at 2:00 p.m.

27      The parties respectfully request that the Court grant their stipulation.

28
   STIPULATION TO PROPOSED BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS; [PROPOSED]
   ORDER  3:25-cv-04899 WHO                    1

1 | Dated: January 6, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly Friend*
MOLLY FIREND
Assistant United States Attorney
Attorneys for Defendants

Dated: January 6, 2026

*/s/ Flor Marquez*
FLOR MARQUEZ, *Pro Hac Vice*
ROBERT B. JOBE
Attorneys for Plaintiff

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

ORDER

Pursuant to the stipulation, as modified, IT IS SO ORDERED: the hearing on the motion shall be held by zoom videoconference on **January 28, 2026**, at 2:00 p.m.

Dated: January 7, 2026

_____
William H. Orrick
Senior United States District Judge