CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7177
  FAX: (415) 436-7234
  molly.friend@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KARITPAL SINGH, | No. 3:25-cv-4899-WHO |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO FILE REPLY; [PROPOSED] ORDER** |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

Pursuant to Civil Local Rules 6-2 and 7-12, the Parties to the above captioned action hereby submit the below Stipulation and Proposed Order to continue the deadline by which Defendants must file a reply in support of their Motion to Dismiss. Defendants filed a Motion to Dismiss on December 12, 2025. Dkt. No. 62. Defendants' reply is due on January 16, 2026. Defendants need a short period of additional time to prepare the reply in support of the Motion to Dismiss.  As such, subject to the Court's approval, the Parties stipulate that Defendants will file their reply brief by January 21, 2026. A proposed order is attached.

DATED: January 16, 2026                    Respectfully submitted,

                                           CRAIG H. MISSAKIAN

STIPULATION TO CONTINUE DEADLINE
3:25-cv-4899-WHO                          1

Acting United States Attorney

/s/ *Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney

*Attorneys for Defendant*

Dated: January 16, 2026                    */s/ Flor Marquez*
                                           FLOR MARQUEZ, *Pro Hac Vice*
                                           ROBERT B. JOBE
                                           Attorneys for Plaintiff

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The deadline for Defendants to file a reply in support of the Motion to Dismiss is continued to January 21, 2026.

Date:    January 18, 2026

WILLIAM ORRICK
United States District Judge

STIPULATION TO CONTINUE DEADLINE
3:25-cv-4899-WHO                    2