CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-7234
    molly.friend@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KARITPAL SINGH, | ) No. 3:25-cv-4899-WHO |
| | ) |
| Plaintiff, | ) **SECOND STIPULATION TO EXTEND** |
| | ) **DEADLINE TO FILE REPLY; [PROPOSED]** |
| v. | ) **ORDER AS MODIFIED** |
| | ) |
| U.S. DEPARTMENT OF HOMELAND | ) |
| SECURITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to Civil Local Rules 6-2 and 7-12, the Parties to the above captioned action hereby submit the below Stipulation and Proposed Order to continue the deadline by which Defendants must file a reply in support of their Motion to Dismiss. Defendants filed a Motion to Dismiss on December 12, 2025. Dkt. No. 62. Defendants' reply is due on January 21, 2026. Defendants need a short period of additional time to prepare the reply in support of the Motion to Dismiss. As such, subject to the Court's approval, the Parties stipulate that Defendants will file their reply brief by January 26, 2026. A proposed order is attached.

DATED: January 21, 2026                 Respectfully submitted,

                                       CRAIG H. MISSAKIAN

Acting United States Attorney

 /s/ *Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney

*Attorneys for Defendant*

Dated: January 21, 2026

 */s/ Flor Marquez*
FLOR MARQUEZ, *Pro Hac Vice*
ROBERT B. JOBE
Attorneys for Plaintiff

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The deadline for Defendants to file a reply in support of the Motion to Dismiss is continued to January 26, 2026.  The hearing on the Motion to Dismiss is rescheduled for **February 2, 2026,** at **1:30 p.m.**

Date:   January 23, 2026

WILLIAM ORRICK
United States District Judge

STIPULATION TO CONTINUE DEADLINE
3:25-cv-4899-WHO                     2