CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KIRATPAL SINGH,

                Plaintiff,

       v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al*.,

                Defendants.

Case No. 3:25-cv-04899 WHO

**PARTIES' STIPULATION TO A REVISED BRIEFING SCHEDULE; [PROPOSED] ORDER**

      The parties apologize to the Court for their delay in submitting a response by May 15, 2026, due to the need for the parties to reach agreement on the stipulation. On April 7, 2026, the Court granted the parties' stipulation to a briefing schedule for the parties' cross motions for summary judgment. Dkt. No. 79.  On April 15, 2026, Plaintiff filed his first motion for summary judgment.  Dkt. No. 82. The parties stipulate and respectfully request that the Court grant the parties revised briefing stipulation.

      1.     Defendants will file their cross motion for summary judgment and opposition to Plaintiffs' motion by May 22, 2026.

      2.     Plaintiff will file his reply and opposition to Defendants' motion for summary judgment by June 12, 2026.

      3.     Defendants will file their reply in support of their motion for summary judgment by

June 26, 2026.

4.      The parties will re-notice a hearing on their cross motions for summary judgment currently scheduled for July 8, 2026, at 2:00 p.m., to July 15, 2026, at 2:00 p.m.

The parties respectfully request that the Court grant their stipulation.

Dated: May 19, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: May 19, 2026

*/s/ Flor Marquez*
FLOR MARQUEZ, *Pro Hac Vice*
ROBERT B. JOBE
Attorneys for Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   May 19, 2026

WILLIAM ORRICK
United States District Judge

---

[1]  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 3:25-cv-04899 WHO                    2